**Richard Allen ZINN, Appellant,**

v.

**Mary Olena Ford ZINN, Respondent.**

**No. WD 74608.**

Missouri Court of Appeals,
Western District.

April 30, 2013.

Jack A. Cochran, Blue Springs, MO, for appellant.

Charles C. Curry, Grandview, MO, for respondent.

Before Division Three: JOSEPH M. ELLIS, Presiding Judge, LISA WHITE HARDWICK and CYNTHIA L. MARTIN, Judges.

## ORDER

PER CURIAM.

Richard Allen Zinn appeals from the circuit court's judgment dissolving his marriage to Mary Olena Zinn. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment of dissolution.

AFFIRMED. Rule 84.16(b)